# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Shavar Degrate** DOB: 1988; United States<br>**Nathaniel Ramos Nelson** DOB: 1988; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-01648MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about April 24, 2020, in the District of Arizona, **Shavar Degrate** and **Nathaniel Ramos Nelson**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Rogelio Leon-Zetina and Jorge Sosa-Camacho, and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about April 24, 2020, in the District of Arizona (Nogales), United States Border Patrol Agents (BPA) encountered a black 2009 Toyota Avalon at the I-19 immigration checkpoint with two visible occupants. A service K-9 alerted to the trunk area of the vehicle and BPA found two illegal aliens hiding in the trunk. The driver was identified as driver **Shavar Degrate** and the front passenger as **Nathaniel Ramos Nelson**, both U.S. Citizens.

Material witnesses Rogelio Leon-Zetina and Jorge Sosa-Camacho said they had arranged to be smuggled into the United States for money. Both said they crossed the border illegally and stayed at the same house until today. Both said they were picked up by a black sedan. Leon said that there were two men in the car and heard the passenger yell in English, "let's go, get in." They drove for approximately an hour and a half and stopped at a gas station. Then, they drove to a neighborhood where they were told to get into the trunk. Sosa said the driver got out and directed them to get into the trunk.

In a post-*Miranda* statement, **Nelson** said that **Degrate** was to be paid $450 USD to transport two illegal aliens to a tire shop in south Phoenix. He said he was to be paid $100 USD to accompany **Degrate** on his trip. **Nelson** said they picked up two subjects from a gas station south of Sierra Vista, AZ. He said he knew or at least suspected they were illegal aliens. They drove to Nogales and stopped at a gas station because they thought they were being followed by BPA. Then they drove to a neighborhood and had the men get into the trunk so they were not detected as they passed through the checkpoint.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Rogelio Leon-Zetina and Jorge Sosa-Camacho

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA  Digitally signed by RICARDO ISLAVA<br>Date: 2020.04.27 10:45:14 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>BPA Ricardo H. Islava |
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 27, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54